# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORTEZ BLAKEMORE (14),<br>ROBERT LESURE (33),<br><br>Defendants. | **COURT MINUTES**<br>Case Number: 23-cr-160 (NEB/JFD)<br><br>Date: July 17, 2025<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Court Reporter: Renee Rogge<br>Time Commenced: 9:05 a.m. – 10:20 a.m.<br>10:35 a.m. – 11:50 a.m.<br>12:00 p.m. – 12:30 p.m.<br>1:30 p.m. – 3:20 p.m.<br>3:35 p.m. – 4:50 p.m.<br>Time Concluded: 4:50 p.m.<br>Time in Court: 6 hours and 5 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:    Thomas Calhoun-Lopez, Albania Concepcion and Carla Baumel, Assistant U.S. Attorneys

  Defendants:  Marcus Almon for Cortez Blakemore (14), CJA Appointed Attorney
               George Dunn for Robert Lesure (33), CJA Appointed Attorney

PROCEEDINGS:

Trial Proceedings:
☒ Jury Trial - Continued (Trial Day 5)
☒ Government's Witnesses: Christopher Johnson, Sr., Special Agent Dylan Ordorff, Officer Michael Osbeck, Sergeant Jeff Trevino, Cooper Ashley, Special Agent Brent Brandner, Detective Travis Brown, Alexandra Lodewyk, Kailyn Reed, Ashley Granger, Carissa Rootes, Officer Kyle Pond, Officer Daniel Chanski, and Officer Kristopher Dauble
☒ The parties stipulated to Defendant Lesure's birthday.
☒ Defendants' oral motion re: Christopher Johnson's testimony was moved by the parties. The Court ordered the motion be filed formally on the record should they wish a ruling on this issue.
☒ Government's motions (ECF Nos. 2199-2200) were argued before the Court. Oral rulings on the record.
☒ Jury Trial continued to July 18, 2025 at 9:30 a.m.

Date: July 17, 2025                                                          s/KW
                                             Signature of Courtroom Deputy to Judge Nancy E. Brasel