# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORTEZ BLAKEMORE,<br>aka Tez,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:    23-cr-160 (14) (NEB/JFD)<br>Date:    June 18, 2026<br>Courthouse:    Minneapolis<br>Courtroom:    13W<br>Court Reporter:    Renee Rogge<br>Time Commenced: 12:05 p.m.<br>Time Concluded:    12:55 p.m.<br>Time in Court:    50 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Marcus Almon, CJA Appointed  Attorney

☒ **Sentencing.**
☒ **Objections to the PSR addressed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to 135 months:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 1sss | X | 135 months on Count 1sss to be served concurrently to the sentence on Count 3sss | 5 years on Count 1sss to be served concurrently to the supervised release term on Count 3sss |
| 3sss | X | 135 months on Count 3sss to be served concurrently to the sentence in Count 1sss | 5 years on Count 3sss to be served concurrently to the supervised release term on Count 1sss |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Restricted and sealed filings at ECF Nos 2897, 2899, 2900, 2913, and 2915 shall be sealed or restricted for 12 years (6/18/38).
☒  Motion for release is denied. The Court Orders the holding facility in Pulaski, IL, where Defendant is being housed until his BOP designation, to conduct an evaluation as soon as possible.
☒ Defendant is remanded to the custody of the USM.
☒ BOP shall expedite his BOP Designation to get him the proper physical care.

Date: June 18, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel